**MESSERLI & KRAMER**

Messerli & Kramer P.A.
ATTORNEYS AT LAW
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402-1217

phone 612.672.3600
fax 612.672.3777
messerlikramer.com

Additional offices in:
St. Paul & Plymouth, MN

August 15, 2016

VIA ECF

Writer's contact:

(612) 672-3665
jhasko@messerlikramer.com

The Honorable J P Stadtmueller
United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: American Towers LLC v. Polnet Communications Ltd.
    Our File No.: 16950-17
    Case No. 16-cv-00781-JPS

Dear Judge Stadtmueller:

This firm represents American Towers LLC, the Plaintiff in the above-referenced matter. We are in receipt of the Court's Notice of Rule 16 Scheduling Conference set for September 1, 2016, at 11:00 a.m. I am respectfully requesting that I be permitted to attend the hearing by telephone.

Thank you for your consideration of this request. If the Court has any questions, or would like this request handled in any other way, please feel free to contact me at your convenience.

Sincerely,

MESSERLI & KRAMER P.A.

Joshua A. Hasko
Attorney

JAH:tpl

cc: Kevin V. Hunt, Esq.
     Client

1370330.1

Added dimension