KEVIN V. HUNT
Direct: 312.377.7764
Direct Fax: 312.253.3464
E-Mail: khunt@stahlcowen.com

August 26, 2016

***VIA ECF***

The Honorable J P Stadtmueller
United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

**Re: American Towers LLC v. Polnet Communications Ltd.**
**Case No. 16-cv-00781-JPS**

Dear Judge Stadtmueller:

This firm represents Polnet Communications Ltd., the Defendant in the above-referenced matter. I request that I be permitted to attend the Court's Notice of Rule 16 Scheduling Conference set for September 1, 2016 at 11:00 a.m. via telephone. My direct line is (312) 377-7764.

Thank you for your consideration of this request. If the Court has any questions, or would like this request handled in any other way, please feel free to contact me at your convenience.

Very truly yours,

**STAHL COWEN CROWLEY ADDIS LLC**

Kevin V. Hunt

KVH:cbp
cc: Joshua A. Hasko