# COURT MINUTES OF CONFERENCE

AMERICAN TOWERS LLC,

    v.                                                                          CASE NO. 16-CV-781

POLNET COMMUNICATIONS LTD

## HON. J. P. STADTMUELLER PRESIDING

DATE: September 1, 2016                  TIME SCHEDULED: 11:00 a.m.

COURT DEPUTY/CLERK: Carla Baumel      TIME CALLED: 11:09 a.m.

COURT REPORTER: Sheryl Stawski        TIME FINISHED: 11:14 a.m.

PURPOSE: Scheduling Conference

PLAINTIFFS BY: Joshua Hasko

DEFENDANTS BY: Kevin Hunt

Notes:

11:09 a.m. Appearances.

11:09 The Court provides parties with relevant deadlines, which are as follows: jury trial to begin on June 19, 2017, at 8:30 a.m.; final pretrial report due on June 6, 2017; motions *in limine* due on June 5, 2017; interim settlements reports due on February 24, 2017 and May 25, 2017; and the dispositive motion deadline on March 1, 2017. The Court will issue a trial scheduling order embodying these dates and urges parties to work with one another to develop other relevant dates. Court explains that to the extent the parties believe that mediation may be appropriate, the parties may jointly request referral to a magistrate judge.

11:13 Plaintiff's counsel has no comment.

11:13 Defense counsel has no comment.

11:14 Court comments.

11:14 Court stands in recess.