# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMERICAN TOWERS LLC,<br><br>                                      Plaintiff,<br>v.<br><br>POLNET COMMUNICATIONS LTD.,<br><br>                                   Defendant. | Case No. 16-CV-781-JPS<br><br><br><br>**ORDER** |

On February 24, 2017, the plaintiff filed a letter with the Court stating that the parties had reached a settlement. (Docket #18). The letter further states that the parties are in the process of drafting settlement documents and expect to file a stipulation of dismissal shortly. *Id.* In light of these representations, the Court will vacate the remaining deadlines of the trial scheduling order (Docket #17). The Court will further require that the parties file a stipulation of dismissal for this action no later than **March 29, 2017**.

Accordingly,

**IT IS ORDERED** that the remaining deadlines of the Court's September 6, 2016 trial scheduling order (Docket #17) be and the same are hereby **VACATED**; and

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal of this matter on or before **March 29, 2017**.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2017.

BY THE COURT:

*/s/ J.P. Stadtmueller*
J.P. Stadtmueller
U.S. District Judge