# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMERICAN TOWERS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>POLNET COMMUNICATIONS LTD.,<br><br>        Defendant. | Case No. 16-CV-781-JPS<br><br>**ORDER** |

On April 11, 2017, the parties filed a joint stipulation of dismissal of this action without prejudice and without costs, disbursements, or attorneys' fees assessed to either party. (Docket #22). The Court herewith adopts that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, (Docket #22), be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice and without costs**.

Dated at Milwaukee, Wisconsin, this 13th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge